THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| QUENTON ALAME, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:13-cv-04280-NKL ) ) |
| NORRED & ASSOCIATES, INC., | ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF PENDING DISPOSITION OF FUNDS

COME NOW Plaintiff, Quenton Alame, and Defendant, Norred & Associates, Inc., by and through their attorneys of record, and hereby file their Joint Notice of Pending Disposition of Funds as follows:

1. The parties provide this Joint Notice of Pending Disposition of Funds in follow up to the previous Joint Status Report filed on May 12, 2016 (ECF Doc. 80). In the Court's minute entry Order entered on August 27, 2015 (ECF Doc. 77), the Court required the parties to submit a report regarding the undeliverable checks and uncashed checks from the initial distribution of settlement payments made in this action. The Court stated that it would then determine "whether there should be a second distribution to the class or whether the money from undeliverable checks should be paid to the *cy pres* recipient and the money from the uncashed checks should revert to the Defendant."

2. As indicated in the parties' Joint Status Report, there were no undeliverable settlement checks. The only remaining question for resolution under the Court's August 27, 2015 Order is whether the amount of $16,990.50 in uncashed check funds should be re-distributed to 1,532 Class Members or revert to Defendant. The parties' Joint Status Report

requested permission from the Court to allow the amount of uncashed funds to revert to Defendant for the reasons set forth therein.

3. Based on the foregoing, the parties give notice to the Court that they await the Court's decision regarding the pending disposition of uncashed funds, so that appropriate final instructions can be given to the Settlement Administrator.

Respectfully submitted this 2nd day of September, 2016.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ Jack R. Wallace
Nancy M. Leonard, Mo Bar No. 40482
Jack R. Wallace, Mo Bar No. 64633
2600 Grand Boulevard, Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-472-6401
nleonard@constangy.com
jwallace@constangy.com

ATTORNEYS FOR DEFENDANT

and

**BROWN & ASSOCIATES LLC**

By: /s/ Jayson A. Watkins
Charles Jason Brown, Mo Bar No. 49952
Jayson A. Watkins, Mo Bar No. 61434
301 S. US 169 Hwy.
Gower, Missouri 64454
Telephone: 816-505-4529
Facsimile: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF